✎AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
__Western__ District of __Virginia__

CLERK'S OFFICE U.S. DIST COURT
AT LYNCHBURG, VA
FILED
for Danville
MAY 0 6 2008
JOHN F. CORCORAN, CLERK
BY: Tay Coleman
DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 4:03cr70043-01 |
| Jermaine Davis Penn ) | USM No: 10009-084 |
| Date of Previous Judgment: September 10, 2004 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __70__ months **is reduced to** __65 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 23 | Amended Offense Level: | 21 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 60* to 63 months | Amended Guideline Range: | 60* to 60* months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

*The amended guideline range has not changed because of the mandatory statutory minimum term of incarceration.

### III. ADDITIONAL COMMENTS
The Government has objected to a reduction in the defendant's sentence, but finding that his pre-sentencing conduct was adequately considered in the previous judgment, and upon consideration of the factors set forth in 18 U.S.C. § 3553(a) and U.S.S.G. § 1B1.10, the Government's objections are overruled and the defendant's sentence is reduced as provided above.

The defendant's sentence consists of 25 months as to Count I and 40 months as to Count II, to be served consecutively. Except as provided above, all provisions of the judgment dated __9/10/2004__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: May 6, 2008

_____
Judge's signature

Effective Date: May 6, 2008
(if different from order date)

Norman K. Moon, United States District Judge
Printed name and title

Case 4:03-cr-70043-NKM   Document 42   Filed 05/06/08   Page 1 of 1   Pageid#: 30